## Hanna Appeal.

Argued May 25, 1951.   Before DREW, C. J., STERN, STEARNE, JONES, BELL, LADNER and CHIDSEY, JJ.

*Lee C. McCandless,* with him *John M. Gazetos, Luther C. Braham* and *Galbreath, Braham & Gregg,* for appellants.

*Willis A. MacDonald,* for appellee.

OPINION PER CURIAM, June 27, 1951:

After careful consideration of the testimony and merits of this case, the order of the Superior Court is affirmed on the opinion of ROSS, J.: 168 Pa. Superior Ct. 217; 77 A. 2d 750.